UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 03-1904; 03-1942

**FILED**

APR - 4 2005

LEONARD GREEN, Clerk

No. 03-1904
DAVID BEARD; THEO DOWNS, as next friend of Peggy Shumway; PEGGY SHUMWAY; EDWARD GARIEPY, as next friend of Alyssa Chappa; ALYSSA CHAPPA; TAMARA BLEAU, as next friend of Robert Cook; ROBERT COOK; RONALD FORD, SR., as next friend of Ronald Ford, Jr.; RONALD FORD, JR.; NANCY HUSKINSON, as next friend of Stacy Huskinson; STACY HUSKINSON,
    Plaintiffs - Appellees,

v.

WHITMORE LAKE SCHOOL DISTRICT,
    Defendant,
CHARMAINE BALSILLIE; BRIAN CARPENTER; JAY MUNZ; WENDY LEMONS; SUE LANGEN,
    Defendants - Appellants.

00-73657

**FILED**

APR - 8 2005

CLERK'S OFFICE
DETROIT

No. 03-1942
DAVID BEARD; THEO DOWNS, as next friend of Peggy Shumway; PEGGY SHUMWAY; EDWARD GARIEPY, as next friend of Alyssa Chappa; ALYSSA CHAPPA; TAMARA BLEAU, as next friend of Robert Cook; ROBERT COOK; RONALD FORD, SR., as next friend of Ronald Ford, Jr.; RONALD FORD, JR.; NANCY HUSKINSON, as next friend of Stacy Huskinson; STACY HUSKINSON,
    Plaintiffs - Appellees,

v.

WHITMORE LAKE SCHOOL DISTRICT; CHARMAINE BALSILLIE; BRIAN CARPENTER; JAY MUNZ; WENDY LEMONS; SUE LANGEN,
    Defendants,
R. MAYRAND, Officer,
    Defendant - Appellant.

Before: GUY and ROGERS, Circuit Judges; DOWD, District Judge.

## JUDGMENT

On Appeal from the United States District Court
for the Eastern District of Michigan at Detroit.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION WHEREOF, it is ORDERED that the judgment of the district court is REVERSED.

ENTERED BY ORDER OF THE COURT

*Leonard Green*
Leonard Green, Clerk