**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

ROY G. FORD
(513) 564-7016
www.ca6.uscourts.gov

Filed: August 8, 2005

David J. Weaver
Eastern District of Michigan at Port Huron
526 Water Street
Port Huron, MI 48060

Matthew E. Krichbaum
Soble & Rowe
221 N. Main Street
Suite 200
Ann Arbor, MI 48104

Richard A. Soble
Soble & Rowe
221 N. Main Street
Suite 200
Ann Arbor, MI 48104

Michael J. Steinberg
American Civil Liberties Union Fund of Michigan
60 W. Hancock Street
Detroit, MI 48201

Timothy J. Mullins
Cox, Hodgman & Giarmarco
101 W. Big Beaver Road
10th Floor Columbia Center
Troy, MI 48084

Kary L. Moss
American Civil Liberties Union Fund of Michigan
60 W. Hancock
Detroit, MI 48201-1342

G. Gus Morris
Kupelian, Ormond & Magy
25800 Northwestern Highway
Suite 950
Southfield, MI 48075

RE: 03-1904; 03-1942
    Beard vs. Whitmore Lake School
    District Court No. 00-73657

Enclosed is a copy of the mandate filed in this case.

                                    Very truly yours,
                                    Leonard Green, Clerk

                                    Roy G. Ford
                                    Briefs Deputy

cc:
    Honorable George E. Woods

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-1904: 03-1942

Filed: August 8, 2005

DAVID BEARD; THEO DOWNS, as next friend of Peggy Shumway; PEGGY SHUMWAY; EDWARD GARIEPY, as next friend of Alyssa Chappa; ALYSSA CHAPPA; TAMARA BLEAU, as next friend of Robert Cook; ROBERT COOK; RONALD FORD, SR., as next friend of Ronald Ford, Jr.; RONALD FORD, JR.; NANCY HUSKINSON, as next friend of Stacy Huskinson; STACY HUSKINSON

        Plaintiffs - Appellees

v.

WHITMORE LAKE SCHOOL DISTRICT;
        Defendant - Appellant

CHARMAINE BALSILLIE;

        Defendant

BRIAN CARPENTER; JAY MUNZ; WENDY LEMONS; SUE LANGEN

        Defendants - Appellants

## MANDATE

Pursuant to the court's disposition that was filed 4/4/05 the mandate for this case hereby issues today.

COSTS: **NONE**

Filing Fee ..........$
Printing ............$
    Total ........$

Attest:

A True Copy.

Deputy Clerk